UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HUY QUOC NGUYEN, | ) | CASE NO. SA CV 11-1314-PA (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| MICHAEL D. MCDONALD, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 26, 2012

                                   _____
                                   PERCY ANDERSON
                                   UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\11-1314 Judgment.wpd